UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | ) | Case No. 07cr1254-BTM |
|---|---|---|
| Plaintiff, | ) | **ORDER ALLOWING FILING MOTIONS IN EXCESS OF TWENTY-FIVE PAGES** |
| v. | ) | |
| GLEN W. TERWILLIGER, | ) | |
| Defendant. | ) | |

Motion for leave to file motions in excess of twenty-five pages having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore, IT IS HEREBY ORDERED that counsel for Mr. Glen W. Terwilliger may file motions in excess of twenty-five pages in the above captioned case.

SO ORDERED.

DATED: July 25, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge